# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MARC ANTHONY SINGLETON,<br><br>Defendant. | Case No.: 18cr62-MMA<br><br>**ORDER OF RESTITUTION** |

Upon consideration of the agreement of the parties regarding restitution and the files and records of this case, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. Pursuant to 18 U.S.C. §2259 and 18 U.S.C. §3663A that Defendant MARC ANTHONY SINGLETON (hereinafter "Defendant") must pay restitution in the amount of **$9,000.00** as a result of Defendant's conviction for violating 18 U.S.C. § 2252(a)(4)(B). Restitution must be paid to the following victims in the specified amounts:

    a.    $3,000.00 to "Sarah" of the "Marineland1 Series";

    b.    $3,000.00 to "Lily" of the "Vicky Series"; and

    b.    $3,000.00 to "Jenny."

2. Defendant must make such payment forthwith.

3. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution forthwith.

4. This order does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

5. If payment has not already been made in full, interest will accrue on the restitution amount in the manner prescribed by 18 U.S.C. § 3612.

6. Defendant must forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

>Clerk of the Court
>United States District Court
>Southern District of California
>333 West Broadway, Suite 420
>San Diego, CA 92101

The bank or cashier's check or money order must reference "Marc Anthony Singleton" and "Case No. 18cr62-MMA." The Clerk of the Court will distribute payments to "Sarah," "Lily," and "Jenny" at addresses to be provided to the Clerk's Office by the United States Attorney's Office.

7. Until restitution has been paid, Defendant must notify the Clerk of the Court and the United States Attorney's Office's Forfeiture and Financial Litigation Section of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.

**IT IS SO ORDERED**.

DATE: December 31, 2019

_____
HON. MICHAEL M. ANELLO
United States District Judge